NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                 )<br>             Plaintiff,          )<br>                                 )<br>    vs.                          )<br>                                 )<br>  Carol Patricia Renfro,         )<br>                                 )<br>             Defendant.          ) | No.  4:00-cr-00015-JWS<br><br><br><br>**ORDER TO RELEASE ATTACHED PFD**<br>**FUNDS** |

   Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

   The attached funds, in the amount of $1,104.96, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX, as payment toward Defendant's criminal restitution.

   IT IS SO ORDERED.


DATED: November 8, 2006                    /s/John W. Sedwick
                                       UNITED STATES DISTRICT JUDGE