IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  4:00-cr-00015-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **PROPOSED** |
| vs. | ) | **WRIT OF GARNISHMENT** |
| | ) | |
| CAROL PATRICIA RENFRO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:   University of Fairbanks
      Payroll Benefits Department
      Office of Human Resources
      P.O. Box 755140
      Fairbanks, AK 99775-5140

     On November 9, 2000, the judgment captioned above was entered in the United States District Court, District of Alaska. Said judgment was awarded in favor of the United States of America as judgment creditor and against judgment debtor Carol Patricia Renfro, SSN, xxx-xx-6596, DOB, May 1, 1962, last-known address, P.O. Box 81356, Fairbanks, AK 99708.  The judgment was for:

$249,423.85   restitution

$2,000.00     special assessments

$251,423.85   JUDGMENT AS ENTERED.

     According to plaintiff's application for this writ, it appears that further sums have accrued

since the entry of judgment, to-wit:

$240.00      accrued costs

    CREDIT must be given for payments and partial satisfaction in the amount of:

$17,045.65   which have been credited to the judgment debt, leaving a net balance of:

$234,618.20  ACTUALLY DUE on March 7, 2007, the date of the request for issuance of this writ, of which

$234,378.20  is due on the judgment as entered and bears no interest, to which must be added the commissions and costs of the officer executing this writ.

    Defendant's current unpaid balance is $234,378.20 in restitution and $240.00 in costs, for a total amount of $234,618.20 which is due and owing as of March 7, 2007.

    YOU ARE HEREBY REQUIRED by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control, or possession, any property owned by the debtor, including non-exempt, disposable earnings.

    Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly or monthly.

    <u>Within ten (10) days</u> of your receipt of this writ, you must file your written Answer to the writ by mailing or delivering it to:

    Clerk of Court
    United States District Court
    Room 261, Federal Bldg. & U.S. Courthouse
    222 West 7th Avenue, #4
    Anchorage, Alaska 99513-7564.

    You are also required by law to serve a <u>copy</u> of your Answer to this writ upon the debtor by sending it to Carol Patricia Renfro, whose last known address is P.O. Box 81356, Fairbanks, Alaska 99708. Finally, you must also serve a <u>copy</u> of your Answer upon the United States Attorney, Financial Litigation Unit, 222 West 7th Avenue #9, Room 253, Anchorage, Alaska 99513-7567.

    Under the law, certain types of property are fully or partially exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this writ is listed in the Notice and Instructions to Claim Exemptions form which you will receive with this writ.

U.S. v. Renfro
4:00-cr-00015-JWS                          2

     Pursuant to 15 U.S.C. § 1674, you, the Garnishee, are prohibited from discharging the defendant from employment based on the fact that her earnings have been subject to garnishment for any one indebtedness.

     If you fail to answer this writ or if you fail to withhold property in accordance with this writ, the United States of America may apply for an order requiring you to appear before the Court. If you fail to appear, or if you do appear but cannot show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. <u>It is unlawful to pay or deliver to the defendant any item attached by this writ.</u>

     DATED: _____, at Anchorage, Alaska.

                                            IDA ROMACK
                                            CLERK OF COURT

                                            _____
                            By:    Deputy Clerk