NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Phone:  (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No.  4:00-cr-00015-JWS |
|---|---|
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| CAROL PATRICIA RENFRO, | ) |
| Defendant. | ) |

Plaintiff the United States of America, certifies that it has served the defendant with copies of the Writ of Garnishment, Plaintiff's Application for Writ of Garnishment, Clerk's Notice and Instructions to Debtor, Notice and Instructions to Claim Exemptions, Claim of Exemptions and Request for Hearing form, and Plaintiff's Notice to Debtor.  The documents were served upon the defendant, Carol Patricia Renfro, by certified mail on March 31, 2007. A copy of the Domestic Return Receipt is attached hereto.

DATED this 9th day of April 2007.

                                      s/Richard L. Pomeroy
                                      RICHARD L. POMEROY
                                      Assistant U.S. Attorney
                                      222 West 7th Avenue #9, Room 253
                                      Anchorage, AK 99513-7567
                                      Phone: (907) 271-5071
                                      Fax:   (907) 271-2344
                                      E-mail: richard.pomeroy@usdoj.gov
                                      Alaska Bar No. 8906031

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*) CAROL P RENFRO  C. Date of Delivery 3-31-07<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Carol Patricia Renfro<br>P.O. Box 81356<br>Fairbanks, AK 99708 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number (*Transfer from service label*) | 7003 0500 0004 1672 4546 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

---

U.S. v. Renfro
UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

2007 APR -4 AM 10:
RECEIVED
US ATTORNEY OFFICE

**U.S. ATTORNEY'S OFFICE**
**222 West 7th Avenue**
**#9, Room 253**
**Anchorage, AK. 99513-7567**

Attn: FLU (bcb)

C001