**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 4:00-cr-0015-JWS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CAROL PATRICIA RENFRO | Writ of Garnishment |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
University of Fairbanks, Payroll Benefits Dept. Office of Human Resources

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. Box 755140, Fairbanks, AK 99775-5140

RECEIVED
APR 06 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy, Assistant U.S. Attorney
222 West 7th Avenue, Room 253
Anchorage, AK 99513

| Number of process to be served with this USM 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve by certified mail, return receipt requested the following attachments: Writ of garnishment, Plaintiff's Application for Writ of Garnishment, Clerk's Notice, Claim of Exemptions and Request for Hearing form, Plaintiff's Instructions to Garnishee and Employer's Answer to Writ of Garnishment for Earnings form.

Signature of Attorney or other Originator requesting service on behalf of:

Richard L. Pomeroy

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 907-271-5071
DATE: 3/20/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 6 | No. 6 | [signature] | 3/21/07 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3/23/07  Time: ___ am/pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.- | 5.60 | | 13.60 | | | |

REMARKS:

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)
PRIOR EDITIONS MAY BE USED



CERTIFIED MAIL

U.S. MARSHAL SERVICE
ATTN: Linda Glenn
222 W 7th AVE #28 RM 170
ANCHORAGE AK 99513

7003 0500 0004 1667 3011

$ 05.60
MAILED FROM ZIP CODE 99513
MAR 21 2007

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
University of Fairbanks
Payroll Benefits Dept.
Office of Human Resources
P.O. Box 755140
Fairbanks, AK 99775-5140

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7003 0500 0004 1667 3011

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2509

University of Fairbanks
Payroll Benefits Dept.
Office of Human Resources
P.O. Box 755140
Fairbanks, AK 99775-5140