NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 W. 7th Avenue #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 4:00-cr-00015-JWS |
| Plaintiff, | ) |
| vs. | ) PLAINTIFF'S MOTION FOR ORDER TO |
| | ) RELEASE FUNDS PURSUANT TO |
| CAROL PATRICIA RENFRO, | ) WRIT OF GARNISHMENT |
| Defendant. | ) |

  Plaintiff the United States of America, by and through the United States Attorney for the District of Alaska, hereby moves this Court to order the release of funds currently in the possession of garnishee, University of Alaska Fairbanks.

  1. On or about March 8, 2007, a Writ of Garnishment was issued in this action attaching property owned by and/or owed to the defendant-debtor which was in the custody of garnishee University of Alaska Fairbanks.

  2. On March 31, 2007, plaintiff served defendant with the legal notices required by 28

U.S.C. § 3205: Writ of Garnishment, Plaintiff's Application for Garnishment, Clerk's Notice, Notice and Instructions to Claim Exemptions, Claim of Exemptions and Request for Hearing form, and Plaintiff's Notice. Proof of service has been filed with the Court.

3. On or about March 30, 2007, the garnishee submitted an Answer which stated that wages were being held on behalf of the debtor.

4. More than twenty (20) days have elapsed since plaintiff served notice upon defendant, and the garnishee has filed an Answer stating that it is in possession of non-exempt property owed to the defendant.

Defendant has failed to file any claim, objection, or other pleading in opposition to plaintiff's garnishment. Pursuant to 28 U.S.C. § 3205(c)(7), defendant's right to object to plaintiff's attachment of the funds is now in default.

WHEREFORE, plaintiff hereby requests this Court issue an order directing that property in the form of weekly earnings in the amount of $166.27 or 25% of Debtor's weekly net earnings, currently held by the garnishee, University of Anchorage Fairbanks, be released each week or each pay period, by check made payable to the "United States Treasury" and delivered to the United States Attorney, 222 W. 7th Avenue # 9, Room 253, Anchorage, Alaska 99513-7567.

\
\
\
\
\

RESPECTFULLY SUBMITTED this 2nd day of May, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax:  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

```
I declare under penalty of perjury that a true
and correct copy of the foregoing was sent via
First Class Mail on May 2, 2007 to:

Carol Patricia Renfro
P.O. Box 81356
Fairbanks, AK 99708

Suzanne Simmons
Payroll Department
University of Alaska
P.O. Box 755140
Fairbanks, AK 99775

s/Richard L. Pomeroy
```

Case 4:00-cr-00015-JWS   Document 64   Filed 05/02/2007   Page 4 of 5