IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  4:00-cr-00015-JWS |
| ) | |
| Plaintiff, ) | |
| ) | ORDER TO RELEASE FUNDS |
| vs. ) | PURSUANT TO WRIT OF |
| ) | GARNISHMENT |
| CAROL PATRICIA RENFRO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

A Writ of Garnishment has been issued and served upon garnishee, University of Alaska Fairbanks.  Pursuant to the Writ of Garnishment, on or about March 30, 2007, the garnishee filed an Answer stating that at the time of service of the Writ it had in its possession or under its control, earnings belonging to and due defendant, and that garnishee was indebted to defendant in the sum of $665.09 per week, less 25% or $166.27 allowed to be garnished according to law.

On March 31, 2007, the defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property.  Defendant's right to object to the garnishment is now in default pursuant to 28 U.S.C. § 3205(c)(7).

IT IS HEREBY ORDERED:

1.      That garnishee, University of Alaska Fairbanks,  shall pay the sum of $166.27 or 25% of Defendant's weekly or biweekly wages to plaintiff the United States, and that garnishee continue to make said payments until the debt to the plaintiff is satisfied; until the garnishee no longer has custody, possession, or control of any property belonging to the debtor; or until further order of this court.

2.      That said funds shall be released by check made payable to the "United States Treasury" and shall be delivered to the United States Attorney/FLU, 222 W. 7th Avenue #9, Room 253, Anchorage, AK 99513-7567.

DATED this 17th day of May 2007.


                        /s/ JOHN W. SEDWICK
                UNITED STATES DISTRICT COURT JUDGE