IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  4:00-cr-00015-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER TO RELEASE PFD FUNDS |
| CAROL PATRICIA RENFRO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff's motion to release the attached Permanent Fund Dividend is hereby GRANTED.

    The attached funds, in the amount of $1,652.00, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX as payment toward defendant's restitution.

    IT IS SO ORDERED.

DATED: November 8, 2007          /s/ JOHN W. SEDWICK
                                        U.S. DISTRICT COURT JUDGE